### Ex parte W. J. WEBB.

(245 Pac. 1116.)

No. A-4882.    Opinion Filed April 16, 1926.

Arnote, McCain & Emery, for petitioner.

The Attorney General, for respondent.

PER CURIAM. This application for a writ of habeas corpus was filed in this court on October 13, 1923. The hearing upon the issues subsequently joined was on the 24th day of November, 1923, continued indefinitely. Upon examination of the petition, the writ, and service thereon, it appears that the application has been abandoned, and that the period of incarceration of the petitioner in the state penitentiary has expired. The application is dismissed.